**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Moses WRIGHT, Defendant–Appellant.**

**No. 04–2111.**

United States Court of Appeals, Seventh Circuit.

Submitted Aug. 31, 2005.*

Decided Sept. 1, 2005.

---

* After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R.App. P. 34(a)(2).

Robert N. Trgovich, Office of the United States Attorney, Fort Wayne, IN, for Plaintiff–Appellee.

Donald C. Swanson, Jr., Swanson & Campbell, Fort Wayne, IN, for Defendant–Appellant.

Before CUDAHY, MANION, and WOOD, Circuit Judges.

## ORDER

Moses Wright pleaded guilty to possession with intent to distribute more than 50 grams of crack cocaine in violation of 21 U.S.C. § 841(a)(1). As part of his plea agreement, Wright waived the right to appeal his sentence on any ground. At sentencing the district court calculated a total offense level of 32, *see* U.S.S.G. § 2D1.1(c)(4), and criminal history category of III, resulting in a sentencing range of 151 to 188 months. In April 2004 the judge sentenced him to the guideline minimum.

On appeal Wright challenges his sentence, arguing under *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), that his rights were violated when his sentence was increased, under a mandatory guidelines system, based on a drug quantity neither admitted by him nor found by a jury beyond a reasonable doubt. But Wright waived his opportunity to challenge this sentence, and though this appeal was briefed before we decided *United States v. Bownes*, 405 F.3d 634 (7th Cir.2005), we now know that without an "escape hatch" contemplating

changes in the law, this waiver is enforceable. *See Bownes*, 405 F.3d at 636–37 (7th Cir.2005); *see also United States v. Cieslowski*, 410 F.3d 353, 362 (7th Cir.2005); *United States v. Roche*, 415 F.3d 614, 617 (7th Cir.2005). Therefore Wright has no right to challenge his sentence and the appeal is DISMISSED.

---

[*] After an examination of the briefs and the record, we have concluded that oral argument is unnecessary. Thus, the appeal is submitted on the briefs and the record. *See* Fed. R.App. P. 34(a)(2).